SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILLIP A. DAVIS, Cal. Bar No. 110430
E-mail: pdavis@sheppardmullin.com
MOE KESHAVARZI, Cal. Bar No. 223759
E-mail: mkeshavarzi@sheppardmullin.com
DANA B. FINKEY, Cal. Bar No. 253641
E-mail: dfinkey@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

JS-6

Attorneys for Plaintiff Petroholland Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROHOLLAND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAJ SATHIYA, an individual, JERMAINE JACKSON, an individual, HALIMA JACKSON, an individual, HTT WIRELESS, INC., a Nevada Corporation, HIGH TECH MARKETING, form unknown; G J & J, LLC, a California Limited Liability Company; and DOES 1-10 inclusive, <br><br> Defendants. | Case No. CV 07-08279 MMM <br> *[Assigned to the Hon. Margaret M. Morrow]* <br><br> **[PROPOSED] FINAL JUDGMENT IN FAVOR OF PLAINTIFF PETROHOLLAND, LTD. AND AGAINST DEFENDANTS RAJ SATHIYA, AKA SATHIYA RAJ, AN INDIVIDUAL, HTT WIRELESS, INC., A NEVADA CORPORATION, HIGH TECH MARKETING, FORM UNKNOWN; AND G J & J, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** |

**[PROPOSED]**
**FINAL JUDGMENT**

Based on the Stipulation for Entry of Final Judgment signed by plaintiff Petroholland, Ltd. and defendants Raj Sathiya, aka Sathiya Raj, HTT Wireless, Inc., High Tech Marketing, and GJ&J, LLC, and their respective counsel of record, and good cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant Rule 58 of the Federal Rules of Civil Procedure, judgment on the Complaint in the above-entitled action shall be entered in favor of Petroholland, Ltd. and against defendants Raj Sathiya, aka Sathiya Raj, HTT Wireless, Inc., High Tech Marketing, and GJ&J, LLC, jointly and severally, on all causes of action set forth in the Complaint in favor of plaintiff Petroholland, Ltd. in the amount of either:

(1) $4,600,000.00, if defendants did not make the $250,000 payment due on March 4, 2009, or

(2) $4,350,000 if defendants did make the $250,000 payment due on March 4, 2009.

This judgment in favor of plaintiff shall bear interest at the statutory rate.

Dated:  03.04.09

_*Margaret M. Morrow*_

Honorable Margaret M, Morrow
UNITED STATES DISTRICT COURT JUDGE

-2-

1  Approved as to form:

2  Dated: February ___, 2009

3  SHEPPARD, MULLIN, RICHTER & HAMPTON llp
   PHILLIP A. DAVIS
4  MOE KESHAVARZI
   DANA B. FINKEY

By _____
         PHILLIP A. DAVIS

Attorneys for Plaintiff
PETROHOLLAND, LTD.

Dated: February ___, 2009

LAW OFFICES OF STEPHEN M. FELDMAN

By _____
         STEPHEN M. FELDMAN

Attorney for Defendant
GJ&J, LLC

Dated: February ___, 2009

LAW OFFICES OF JERRY J. KAUFMAN

By _____
         JERRY J. KAUFMAN

Attorney for Defendants
RAJ SATHIYA, HTT WIRELESS, INC.
AND HIGH TECH MARKETING